# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Display Technologies, LLC

PLAINTIFF(S)

v.

JVCKenwood USA Corporation

DEFENDANT(S)

CASE NUMBER

18-CV-07244-VAP (PLAx)

**ORDER TO TRANSFER PATENT CASE TO THE PATENT PILOT PROGRAM**

IT IS HEREBY ORDERED that the above-entitled case be transferred to the Patent Pilot Program pursuant to General Order 11-11 for all further proceedings.

August 21, 2018
Date

_(signed)_ Virginia A. Phillips
United States District Judge / Magistrate Judge

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge **George H. Wu** for all further proceedings. On all documents subsequently filed in this case, please substitute the initials **GW** after the case number, so that the case number will read **2:18-cv-07244 GW(PLAx)**. This is very important because documents are routed to the assigned judge by means of these initials.

Traditionally filed subsequent documents must be filed at the ☐ Western ☐ Southern ☐ Eastern Division. Failure to file at the proper location will result in your documents being returned to you.

cc: ☑ *Previous Judge*

CV-128 (09/11)    ORDER TO TRANSFER PATENT CASE TO THE PATENT PILOT PROGRAM