BART DALTON (SBN 187930)
bdalton@spencerfane.com
ANTONIO DEVORA (pro hac vice)
adevora@spencerfane.com
SPENCER FANE LLP
5700 Granite Parkway, Suite 650
Plano, Texas 75024
Tel: (972) 324-0300
Fax: (972) 324-0301

THOMAS J. DALY
tdaly@lrrc.com
LEWIS ROCA ROTHGERBER CHRISTIE, LLC
655 N. Central Ave., Suite 2300
Glendale, CA 91203-1445
Tel: (626) 795-9900
Fax: (626) 577-8800

*Attorneys for Plaintiff*
DISPLAY TECHNOLOGIES, LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JVCKENWOOD USA CORPORATION,<br><br>Defendant. | Case No. 2:18-cv-07244<br><br>**UNOPPOSED MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE** |

Plaintiff Display Technologies, LLC, pursuant to Fed. R. Civ. P. 41(a)(2), hereby moves for an order dismissing all claims against Defendant JVCKenwood USA Corporation in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated: April 15, 2019          SPENCER FANE LLP

                                         By:  /s/ Bart Dalton
                                                 BART DALTON
                                                 Attorneys for PLAINTIFF
                                                 DISPLAY TECHNOLOGIES, LLC