JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| DISPLAY TECHNOLOGIES, LLC, | Case No. CV 18-7244-GW-PLSx |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING UNOPPOSED MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE** |
| JVCKENWOOD USA CORPORATION, | |
| Defendant. | |

Before the Court is Plaintiff Display Technologies, LLC's ("Plaintiff's") Unopposed Motion to Voluntarily Dismiss with Prejudice pursuant to Fed. R. Civ. P. 41(a)(2) ("Motion"). The Court having reviewed the Plaintiff's Motion, rules as follows: Plaintiff's Motion is GRANTED. All claims against Defendant JVCKenwood USA Corporation in this action are dismissed WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

DATED: April 17, 2019

_____
Hon. George H. Wu,
United States District Judge